IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

NICHOLAS CORTEZ ADDISON                                    PLAINTIFF

v.                          No: 3:15-cv-195-DPM

MELISSA REINHART,
Manager, Braver Estate                                     DEFENDANT

## ORDER

Addison has not paid the filing and administrative fees in this § 1983 case, and he is a three-striker. 28 U.S.C. § 1915(g). He has filed more than three cases that were dismissed for failure to state a claim upon which relief may be granted. *E.g., Addison v. Martin et al.*, 3:15-cv-1-JM; *Addison v. Muse*, 3:15-cv-133-JM; *Addison v. Martin et al.*, 3:15-cv-96. The exception to the three-strikes provision does not apply because Addison hasn't alleged he is in imminent danger of serious physical injury. 28 U.S.C. § 1915(g).

Addison's complaint is dismissed without prejudice. The Court certifies that an *in forma pauperis* appeal from this Order and the related Judgment would not be taken in good faith. If Addison wishes to pursue this case, he must pay $400.00 (the statutory filing and administrative fees) and file a motion to reopen the case by 6 August 2015.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

6 July 2015