IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

NICHOLAS CORTEZ ADDISON                                          PLAINTIFF

v.                           No: 3:15-cv-195-DPM

MELISSA REINHART,
Manager, Braver Estate                                            DEFENDANT

## JUDGMENT

Addison's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

6 July 2015